IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM D. WILLIAMS,** | ) |
| Plaintiff, | ) ) ) |
| V. | ) Civil No. **03-824-MJR** |
| **E.A. STEPP, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to stay ruling on defendants McCuan and the Bureau of Prison's motions to dismiss **(Docs. 37 and 63)**, and the dismissal of defendants "J. Doe" and "A.W." **(Doc. 63)**.   **(Doc. 79).**

A review of the record reveals that all of the aforementioned matters have already been decided by the Court.

**IT IS THEREFORE ORDERED** that plaintiff's motion **(Doc. 79)** is **DENIED AS MOOT**.

DATED: February 16, 2007              s/ Clifford J. Proud
                                       **CLIFFORD J. PROUD**
                                       **U. S. MAGISTRATE JUDGE**