IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM D. WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **03-824-MJR** |
| ) | |
| **E.A. STEPP, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Motion to Demand the Court Read All Pleadings and Rule Based Only in [sic] Constitutional Law and Case Law."  **(Doc. 84).**

The Court relies upon not only constitutional law and case law, but also the Federal Rules of Civil Procedure and Local Rules, among other authoritative sources.

**IT IS THEREFORE ORDERED** that plaintiff's motion **(Doc. 84)** is **DENIED AS MOOT**.

**DATED: February 16, 2007**          s/ Clifford J. Proud
                                      **CLIFFORD J. PROUD**
                                      **U. S. MAGISTRATE JUDGE**