IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM D. WILLIAMS,** | ) |
| Plaintiff, | ) |
| V. | ) Civil No. **03-824-MJR** |
| **E.A. STEPP, et al.,** | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Motion to Claim and Exercise Constitutional Rights." **(Doc. 85).** More specifically, plaintiff prays that U.S. District Judge Michael J. Reagan, the United States Attorney and his assistants, and the undersigned Magistrate Judge "act pursuant to their respective judicial and/or official oaths of office and to honor their oaths and uphold the U.S. Constitution and the powers and rights guaranteed therein to American citizens, such as the plaintiff has asserted in the instant case." **(Doc. 85).**

The Court has no cause to believe any of the involved government officials have not performed their sworn duties.

**IT IS THEREFORE ORDERED** that plaintiff's motion **(Doc. 85)** is **DENIED AS MOOT**.

DATED: February 16, 2007         s/ Clifford J. Proud
                                 **CLIFFORD J. PROUD**
                                 **U. S. MAGISTRATE JUDGE**