IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM D. WILLIAMS,  )<br>    Plaintiff,  )<br>)<br>vs.  )<br>)<br>E. A. STEPP, ET AL.  )<br>)<br>    Defendants.  ) | Civil No. 03-824-MJR |

### ORDER

Before the Court is plaintiff's "Motion to Compel and Plaintiff's Reply to Defendants['] Production of Documents and Response to First Interrogatories." **(Doc. 115).**

Insofar as plaintiff may want to compel the defendants to answer his discovery requests, plaintiff has failed to provide the Court with copies of the discovery requests and the defendants' responses, as required by Local Rule 26.1(b)(3). Therefore, the Court cannot assess whether there is a proper basis for plaintiff's motion.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 115)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  April 19, 2007**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **U. S. MAGISTRATE JUDGE**